UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., <br> HUAWEI DEVICE USA, INC., <br><br> Defendant. | NO. CR19-010RSM <br><br> ORDER |

Having reviewed the government's Motion to Unseal Indictment, the Court hereby GRANTS the motion.

The Court hereby ORDERS that the Indictment filed in this matter shall be unsealed.

The Court further ORDERS that the United States' Motion for Limited Unsealing of Indictment and the Court's Order granting that motion, filed on January 25, 2019, shall be unsealed.

DATED this 28th day of January, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Todd Greenberg
TODD GREENBERG
Assisted United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970