UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
|---|---|
| Plaintiff, | PRAECIPE FOR A SUMMONS |
| v. | |
| HUAWEI DEVICE CO., LTD., | |
| Defendant. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT
You will please issue a summons on an Indictment filed herein to:

HUAWEI DEVICE CO., LTD.

directing said organization to appear at the United States Courthouse, 700 Stewart Street, Seattle, Washington, before Chief United States District Court Judge Ricardo S. Martinez, on February 28, 2019, at 9:30 a.m., to answer to an Indictment charging violations of Title 18, United States Code, Sections 1343, 1512(c)(2), 1832(a)(1)-(5), and 2.

DATED this 13th day of February, 2019.

TODD GREENBERG
THOMAS M. WOODS
Assistant United States Attorneys

SECRET:  YES:___  NO: XX