The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC.,<br><br>            Defendants. | No. 2:19-cr-00010-RSM<br><br>**NOTICE OF APPEARANCE** |

TO:            The Clerk of the Court

AND TO:    All Counsel of Record

PLEASE TAKE NOTICE that the undersigned attorney, Robert Westinghouse of Yarmuth LLP, hereby enters his appearance on behalf of Defendants Huawei Device Co., Ltd., and Huawei Device USA, Inc., and you are notified that the service of all further pleadings, notices, documents, or other papers herein, exclusive of process, may be had upon said defendants by serving the undersigned attorney at the address stated below.

//

//

//



| | | |
|---|---|---|
| 1 | DATED this 25th day of February, 2019. | **YARMUTH LLP** |
| 2 | | |
| | | By: *s/ Robert Westinghouse* |
| 3 | | Robert Westinghouse, WSBA No. 6484 |
| | | 1420 Fifth Avenue, Suite 1400 |
| 4 | | Seattle, WA 98101 |
| | | Telephone: (206) 516-3800 |
| 5 | | Fax: (206) 516-3888 |
| | | rwestinghouse@yarmuth.com |
| 6 | | |
| 7 | | **STEPTOE & JOHNSON LLP** |
| 8 | | Brian Heberlig (*pro hac vice* to be filed) |
| 9 | | James Hibey (*pro hac vice* to be filed) |
| | | 1330 Connecticut Avenue, NW |
| 10 | | Washington, DC 20036 |
| | | Telephone: (202) 429-8134 |
| 11 | | Fax: (202) 429-3902 |
| | | bheberlig@steptoe.com |
| 12 | | jhibey@steptoe.com |
| 13 | | *Attorneys for Defendants Huawei Device* |
| 14 | | *Co., Ltd., and Huawei Device USA, INC.* |

NOTICE OF APPEARANCE
No. 2:19-cr-00010-RSM – Page 2

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Todd Greenberg
Thomas M. Woods
U.S. Attorney's Office (Sea)
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: 206.553.7970
Todd.Greenberg4@usdoj.gov
Thomas.woods2@usdoj.gov

DATED: February 26, 2019, at Seattle, Washington.

*s/ Vassie Skoulis*
Vassie Skoulis, Legal Assistant



Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

1042.01 tb251001 2/25/19