Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC., <br><br> Defendants. | NO. CR19-0010RSM <br><br> **ORDER CONTINUING TRIAL** |

The Court has considered the representations made by the parties at the February 28, 2019 arraignment regarding the substantial volume of discovery and the complexity of the case.

THE COURT FINDS, for all of the reasons set forth by the parties, that the failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained in the Indictment, that it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself without a continuance of the trial and pretrial motions dates. *See id.* § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the Defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until March 2, 2020, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 1st day of March, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ANNETTE L. HAYES
First Assistant United States Attorney

/s/ Todd Greenberg
TODD GREENBERG
THOMAS M. WOODS
Assisted United States Attorneys

/s/ Robert Westinghouse
ROBERT WESTINGHOUSE
JAMES HIBEY
BRIAN M. HEBERLIG
Counsel for the Defendants