The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |
| HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC., | |
| Defendants. | |

The United States of America, by and through its attorney Brian T. Moran, United States Attorney for the Western District of Washington, and Siddharth Velamoor, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

//
//
//

NOTICE OF APPEARANCE – US v. HUAWEI - 1
CR19-010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Assistant United States Attorney SIDDHARTH VELAMOOR is now counsel on
2  behalf of the United States and respectfully requests that all pleadings, court documents, and
3  correspondence be forwarded to the below-listed AUSA:

4  SIDDHARTH VELAMOOR
   United States Attorney's Office
5  700 Stewart Street, Suite 5220
6  Seattle, Washington 98101-1271
   Fax Number: (206) 553-0755
7

8  Dated this 8th day of March, 2019.
9
                                    Respectfully submitted,
10                                  BRIAN T. MORAN
                                    United States Attorney
11

12
                                    */s/ Siddharth Velamoor*
13                                  SIDDHARTH VELAMOOR
14                                  Assistant United States Attorney
                                    700 Stewart Street, Suite 5220
15                                  Seattle, Washington 98101
16                                  Telephone:  (206) 553-7970
                                    Facsimile:  (206) 553-0755
17                                  Email:  Siddharth.Velamoor@usdoj.gov

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE – US v. HUAWEI - 2
CR19-010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Kylie Noble*
KYLIE NOBLE
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2520
Fax: (206) 553-2502
E-mail: kylie.noble@usdoj.gov

NOTICE OF APPEARANCE – US v. HUAWEI - 3
CR19-010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970