# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
|---|---|
| Plaintiff, | |
| v. | CASE SCHEDULING ORDER |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | |
| Defendants. | |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c) | March 29, 2019 |
| Government to provide discovery under Rule 16(a)(1)(G) (expert discovery) | May 31, 2019 |
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B) and Local CrR 16(a)(3), with continuing obligation as set forth in Rule 16(c) | May 31, 2019 |
| Deadline for government to file motions pursuant to the Classified Information Procedures Act (CIPA) | May 31, 2019 |
| Defense to provide expert witness disclosures under Fed. R. Crim. P. 16(b)(1)(C) | July 31, 2019 |

| Deadline to file pretrial motions | August 1, 2019 |
|---|---|
| Deadline to file motions for depositions under Rule 15 | September 27, 2019 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | November 4, 2019 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | December 2, 2019 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | December 2, 2019 |
| Defendants' production of Rule 26.2 statements | December 16, 2019 |
| Government's filing of witness list and exhibit lists (case-in-chief) | January 13, 2020 |
| Defendants' filing of witness list and exhibit lists | January 20, 2020 |
| Deadline for completion of Rule 15 depositions (if any) | January 31, 2020 |
| Deadline to file remaining motions *in limine* | February 3, 2020 |
| Proposed jury instructions, voir dire, and verdict form | February 17, 2020 |
| Trial | March 2, 2020 |

IT IS SO ORDERED

DATED this 8th day of March, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE