The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC.,<br><br>Defendants. | No. 2:19-cr-00010-RSM<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Crim. P. 12.4, Defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc. file this Corporate Disclosure Statement as follows:

1. Huawei Device Co., Ltd. (f/k/a Huawei Device (Dongguan) Co., Ltd.) is a wholly owned subsidiary of Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co., Ltd.).  No publicly held corporation owns 10% or more of its stock.

2. Huawei Device USA Inc. is a wholly owned subsidiary of Huawei Device (Hong Kong) Co., Ltd.  No publicly held corporation owns 10% or more of its stock.

CORPORATE DISCLOSURE STATEMENT
No. 2:19-cr-00010-RSM – Page 1

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

Dated: March 28, 2019

**YARMUTH LLP**

By: *s/ Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
Fax: (206) 516-3888
rwestinghouse@yarmuth.com

**STEPTOE & JOHNSON LLP**

James Hibey (*pro hac vice*)
Brian Heberlig (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-8134
Fax: (202) 429-3902
jhibey@steptoe.com
bheberlig@steptoe.com

*Attorneys for Defendants Huawei Device Co., Ltd., and Huawei Device USA, INC.*



**CERTIFICATE OF SERVICE**

  I hereby certify that on March 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff:**

Todd Greenberg
Thomas M. Woods
U.S. Attorney's Office (Sea)
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: 206.553.7970
Todd.Greenberg4@usdoj.gov
Thomas.woods2@usdoj.gov

  Dated: March 28, 2019, at Seattle, Washington.

             *s/Kelly M. Kennedy*
             Kelly M. Kennedy, Legal Assistant

CORPORATE DISCLOSURE STATEMENT
No. 2:19-cr-00010-RSM – Page 3

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888