Chief Judge Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUAWEI DEVICE CO., LTD., and
HUAWEI DEVICE USA, INC.,

Defendants.

NO. CR19-0010RSM

**CORPORATE DISCLOSURE
STATEMENT REGARDING VICTIM**

The United States of America, by and through, Tessa M. Gorman, First Assistant
United States Attorney for the Western District of Washington (Acting Under Authority
Conferred by 28 U.S.C. § 515), and Todd Greenberg, Thomas Woods, and Siddharth
Velamoor, Assistant United States Attorneys for said District, hereby file the following
statement pursuant to Federal Rule of Criminal Procedure 12.4(a)(2).  This case involves
an organization victim, *i.e.*, T-Mobile.  On May 2, 2019, T-Mobile advised the
government of the following:

> T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary
> of T-Mobile US, Inc., a Delaware corporation.  T-Mobile US, Inc.
> (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ
> Global Select Market of NASDAQ Stock Market LLC ("NASDAQ").
> Deutsche Telekom Holding B.V., a limited liability company (besloten
> vennootschap met beperkte aansprakelijkheidraies) organized and existing

under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc.  DT B.V. is a direct wholly-owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding").  Holding, is in turn a direct wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global").  Global is a direct wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom").  The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse AG.  Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

DATED this 3rd day of May, 2019.

Respectfully submitted,

TESSA M. GORMAN
First Assistant United States Attorney
(Acting Under Authority Conferred by
28 U.S.C. § 515)


*s/ Todd Greenberg*
TODD GREENBERG
THOMAS WOODS
SIDDHARTH VELAMOOR
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

CORPORATE DISCLOSURE STATEMENT/
HUAWEI DEVICE CO. et al. - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/Jenny Fingles*
JENNY FINGLES
Legal Assistant
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
E-mail: jenny.fingles@usdoj.gov

CORPORATE DISCLOSURE STATEMENT/
HUAWEI DEVICE CO. et al. - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970