The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-010RSM<br><br>**FILED *IN CAMERA, EX PARTE* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE**<br><br>Note on Motion Calendar: June 14, 2019 |

**GOVERNMENT'S CLASSIFIED *IN CAMERA, EX PARTE* MOTION AND MEMORANDUM OF LAW FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Motion for Order Pursuant to CIPA
Section 4 – Huawei CR19-010 RSM

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970