The Honorable Ricardo S. Martinez

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
|---|---|
| Plaintiff, | PROTECTIVE ORDER PURSUANT TO SECTION 4 OF CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1) |
| v. | |
| HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC., Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

This matter has come before the Court on the Government's Classified *In Camera*, *Ex Parte* Motion for a Protective Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) ("Government's Motion for a Protective Order"). By its motion, the government requested that the Court, pursuant to CIPA § 4, Fed. R. Crim. P. 16(d)(1), and the applicable law: (1) conduct an *in camera*, *ex parte* review of the government's submission; (2) authorize the government to withhold specified classified information from discovery; and (3) order that the government's motion and accompanying exhibits shall not be disclosed to the defense and shall be sealed and preserved in the records of the Court to be made available for any future review of these proceedings.

*United States v Huawei Device Co., Ltd., et al.*, CR19-010RSM
Protective Order- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Court, having carefully considered the government's motion and

2   memorandum of law, and supporting materials filed therewith, **GRANTS** the

3   Government's Motion for a Protective Order in its entirety.

4   The Court finds that the Government's Motion for a Protective Order was properly

5   filed *in camera, ex parte* for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim.

6   P. 16(d)(1).  The submission contains classified information that requires protection

7   against unauthorized disclosure for reasons of national security such that its disclosure to

8   the defense, or to the public, reasonably could be expected to cause damage to national

9   security.  The Court has conducted an *in camera, ex parte* review.

10   On the basis of the Court's independent review of the information and the

11   arguments set forth in the Government's Motion for a Protective Order and the classified

12   material in support of the motion, the Court finds that the classified information

13   referenced in the government's motion and memorandum of law implicates the

14   government's classified information privilege because the information is properly

15   classified and its disclosure could cause serious damage to the national security of the

16   United States.  Furthermore, the Court finds that none of the classified information is

17   exculpatory, *see Brady v. Maryland*, 373 U.S. 83 (1963), and that the information is not

18   impeachment material.  *See Giglio v. United States*, 405 U.S. 150 (1972).

19   Additionally, the Court finds that the "relevant and helpful" standard articulated in

20   *United States v. Rovario*, 353 U.S. 53 (1957), *United States v. Yunis*, 867 F.2d 617 (D.C.

21   Cir. 1989), and *United States v. Klimavicius-Viloria*, 144 F.3d 1249, 1261 (9th Cir. 1998),

22   is the appropriate standard by which to analyze the discoverability of classified

23   information where, as here, the government has properly invoked the classified

24   information privilege.  To this end, the Court finds that in applying the

25   *Rovario/Yunis/Klimavicius-Viloria* standard, none of the classified information

26   referenced in the government's motion is relevant and helpful to the defense.

27   Furthermore, the Court finds that the national security damage from disclosure to the

28   defense, as articulated in the *in camera, ex parte* motion and memorandum of law and

*United States v Huawei Device Co., Ltd., et al.*, CR19-010RSM
Protective Order- 2

1 | accompanying materials, outweighs the defendant's need for the information at issue.

2 | This Order also applies to the government's discovery obligations under Federal Rule of

3 | Criminal Procedure 16, and *Brady v. Maryland, Giglio v. United States* and their progeny

4 | with regard to the information described herein.

5 |      Accordingly, **IT IS ORDERED** that the government is authorized to withhold the

6 | specified classified information outlined above from discovery to the defense.

7 |      **IT IS FURTHER ORDERED** that the government's motion, memorandum of

8 | law, and the accompanying materials shall not be disclosed to the defense, and shall be

9 | sealed and maintained in a facility appropriate for the storage of such classified

10 | information by the Classified Information Security Officer as the designee of the Clerk of

11 | Court, in accordance with established security procedures, for any future review, until

12 | further order of this Court.

13 |      **IT IS SO ORDERED**, this ___2___ day of ~~June,~~ July 2019.

RICARDO S. MARTINEZ
United States District Judge

20 | Presented by:

21 | */s/ Todd Greenberg*

22 | TODD GREENBERG
THOMAS WOODS

23 | SIDDHARTH VELAMOOR

24 | Assistant United States Attorneys

---

*United States v Huawei Device Co., Ltd., et al.*, CR19-010RSM
Protective Order- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970