The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>Defendants. | No. 19-CR-010<br><br>**DEFENDANTS' MOTION TO FILE AN OVER-LENGTH MOTION**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 1, 2019** |

  Defendants Huawei Device Co, Ltd. ("Huawei China") and Huawei Device USA, Inc. ("Huawei USA") (collectively "Huawei"), through counsel, respectfully move this Court for leave to file an over-length Motion to Dismiss the Indictment for Selective Prosecution, Or in the Alternative, For Discovery, which it files today along with this motion. Specifically, Huawei requests a nine-page extension of the page limit so that it may file a 21-page motion.

  This is Huawei's first request to file an over-length brief. All other pretrial motions and grand jury-related pleadings have complied with the 12-page limit. Leave is appropriate here because Huawei is required to make a "credible showing" that the Indictment is the result of unlawful selective prosecution. *United States v. Armstrong*, 517 U.S. 456, 465 (1996). The additional pages allow Huawei to make that evidentiary showing, and to place the current

DEFENDANTS' MOTION TO FILE AN OVER-LENGTH BRIEF
*U.S. v. Huawei Device Co., Ltd., et al.*, No. 19-CR-010– Page 1

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

prosecution more fully in the context of the government's broader political, economic, and legal offensive against Huawei and other Chinese companies and nationals.

## CONCLUSION

For the foregoing reasons, Huawei respectfully requests that the Court grant its motion to file an over-length Motion to Dismiss the Indictment for Selective Prosecution, Or in the Alternative, For Discovery.

Dated: August 1, 2019

Respectfully submitted,

YARMUTH LLP

By: *s/ Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
Fax: (206) 516-3888
rwestinghouse@yarmuth.com

**STEPTOE & JOHNSON LLP**

James F. Hibey (*pro hac vice*)
Brian M. Heberlig (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
jhibey@steptoe.com
bheberlig@steptoe.com

*Attorneys for Huawei Device Co., Ltd., and Huawei Device USA, Inc.*

DEFENDANTS' MOTION TO FILE AN OVER-LENGTH BRIEF
*U.S. v. Huawei Device Co., Ltd., et al.*, No. 19-CR-010 – Page 2

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Government**

Todd Greenberg
Thomas M. Woods
Siddharth Velamoor
U.S. Attorney's Office (Sea)
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: 206.553.7970
Todd.Greenberg4@usdoj.gov
Thomas.Woods2@usdoj.gov
Siddharth.Velamoor@usdoj.gov

DATED:  August 1, 2019, at Seattle, Washington.

*s/ Vassie Skoulis*
Vassie Skoulis, Legal Assistant

DEFENDANTS' MOTION TO FILE AN OVER-LENGTH BRIEF
*U.S. v. Huawei Device Co., Ltd., et al.*, No. 19-CR-010 – Page 3

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

v.

HUAWEI DEVICE CO., LTD., and
HUAWEI DEVICE USA, INC.,

*Defendants*.

No. 19-CR-010

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE AND OVER-LENGTH BRIEF**

The Court has reviewed Defendants Huawei Device Co., Ltd.'s ("Huawei China"), and Huawei Device USA, Inc.'s ("Huawei USA") (collectively, "Huawei Device") Motion to File an Over-Length Brief.

The Motion is granted for the reasons stated by Huawei Device.

IT IS SO ORDERED.

_____
Chief Judge Ricardo S. Martinez

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO FILE OVER-LENGTH BRIEF
U.S. v. Huawei Device USA, et al, No. 19-CR-010 – Page 1

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888