UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>             Defendants. | No. 2:19-cr-00010-RSM<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE AN OVER-LENGTH BRIEF** |

    The Court has reviewed Defendants Huawei Device Co., Ltd.'s ("Huawei China"), and Huawei Device USA, Inc.'s ("Huawei USA") (collectively, "Huawei Device") Motion to File an Over-Length Brief.

    The Motion is granted for the reasons stated by Huawei Device.

    IT IS SO ORDERED.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION
TO FILE AND OVER-LENGTH BRIEF
U.S. v Huawei Device USA, et al, No. 2:19-cr-00010-RSM – Page 1

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888