1
2
3
4
5
6
7
8
9
10

Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11
12
13
14
15
16
17
18

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUAWEI DEVICE CO., LTD., and
HUAWEI DEVICE USA, INC.,

Defendants.

CASE NO.  CR19-0010RSM

STIPULATED MOTION TO RE-
NOTE AND EXTEND BRIEFING
DEADLINES FOR DEFENDANTS'
PENDING MOTIONS

Noted: August 7, 2019

19
20
21
22
23
24
25
26
27
28

The United States of America, by and through Tessa M. Gorman, First Assistant United States Attorney for the Western District of Washington (Acting Under Authority Conferred by 28 U.S.C. § 515), and Todd Greenberg, Thomas Woods, and Siddharth Velamoor, Assistant United States Attorneys for said District, and Defendants Huawei Device Co., Ltd., and Huawei Device USA, Inc., by and through their counsel Robert Westinghouse, hereby file this Stipulated Motion to Re-Note and Extend the Briefing Deadlines for the following motions, which the Defendants filed on August 1, 2019:

-   Defendants' Motion to Exclude Irrelevant and Prejudicial Evidence at Trial [Docket 53];

STIP. MOT. TO RE-NOTE AND EXTEND DEADLINES ON DEFS'
MOTIONS
*United States v. Huawei Device Co., Ltd., et al.* (CR19-010RSM)- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  - Defendants' Motion to Dismiss Count Ten for Failure to State an Offense and

2  Lack of Specificity, or In The Alternative, for a Bill of Particulars [Docket 54];

3  - Defendants' Motion to Strike Surplusage [Docket 56]; and

4  - Defendants' Motion to Dismiss the Indictment for Selective Prosecution, or In The

5  Alternative, for Discovery [Docket 57].

6  Defendants' motions are currently noted for August 9, 2019, such that the

7 government's responses to the motions are due by August 8, 2019, and any reply briefs filed

8 by the Defendants are due August 9, 2019.  After conferring regarding counsel's respective

9 schedules over the next few weeks, the parties have agreed on the following modifications to

10 the noting dates and briefing deadlines for the pending motions:

11  - Defendants' motions will be re-noted for August 30, 2019;

12  - The government's responses to the motions will be due by August 22, 2019; and

13  - Defendants' reply briefs in support of the motions will be due by August 30, 2019.

14  The parties therefore respectfully request that the Court enter the attached proposed

15 order.

16

17 DATED this 7th day of August, 2019.

18                                    Respectfully submitted,

19

20 **Counsel for the United States of America**:      **Counsel for Defendants (by email authorization)**:

21 TESSA M. GORMAN
   First Assistant United States Attorney (Acting      *s/ Robert Westinghouse*
22 Under Authority Conferred by 28 U.S.C.              ROBERT WESTINGHOUSE
   § 515)                                             Yarmuth LLP
23                                                     1420 Fifth Avenue, Suite 1400
24 *s/ Siddharth Velamoor*                             Seattle, WA 98101
   TODD GREENBERG
25 THOMAS WOODS
   SIDDHARTH VELAMOOR
26 Assistant United States Attorneys
   700 Stewart Street, Suite 5220
27 Seattle, WA 98101-1271

28

STIP. MOT. TO RE-NOTE AND EXTEND DEADLINES ON DEFS'
MOTIONS
*United States v. Huawei Device Co., Ltd., et al.* (CR19-010RSM)- 2

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on August 7, 2019, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 the attorney(s) of record for the defendant(s).

5

6                                          *s/ Kylie Noble*
                                         _____
7                                          KYLIE NOBLE
                                         Legal Assistant
8                                          United States Attorney's Office
                                         700 Stewart Street, Suite 5220
9                                          Seattle, WA 98101
10                                         Telephone: (206) 553-2520
                                         Fax: (206) 553-4440
11                                         E-mail: kylie.noble@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. MOT. TO RE-NOTE AND EXTEND DEADLINES ON DEFS'
MOTIONS
*United States v. Huawei Device Co., Ltd., et al.* (CR19-010RSM)- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUAWEI DEVICE CO., LTD., and
HUAWEI DEVICE USA, INC.,

Defendants.

NO. CR19-0010RSM

**ORDER GRANTING STIPULATED MOTION TO RE-NOTE AND EXTEND BRIEFING DEADLINES FOR DEFENDANTS' PENDING MOTIONS**

This matter has come before the Court on the parties' Stipulated Motion to Re-Note and Extend Briefing Deadlines for Defendants' Pending Motions. The Court, having considered the parties' stipulated motion, hereby GRANTS the Motion. The following pending motions are re-noted for August 30, 2019:

- Defendants' Motion to Exclude Irrelevant and Prejudicial Evidence at Trial [Docket 53];
- Defendants' Motion to Dismiss Count Ten for Failure to State an Offense and Lack of Specificity, or In The Alternative, for a Bill of Particulars [Docket 54];
- Defendants' Motion to Strike Surplusage [Docket 56]; and
- Defendants' Motion to Dismiss the Indictment for Selective Prosecution, or In The Alternative, for Discovery [Docket 57].

ORDER GRANTING STIP. MOT. TO RE-NOTE AND EXTEND BRIEFING
DEADLINES - 1
CR19-0010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1          The government's responses to the above-referenced Motions shall be filed on or

2    before August 22, 2019, and the Defendants' reply briefs in support of those motions

3    shall be filed on or before August 30, 2019.

4

5          DATED this _____ day of August, 2019.

6

7

8

9                             _____

                         RICARDO S. MARTINEZ

10                            Chief United States District Judge

11

12

13   Presented by:

14

15   *s/ Todd Greenberg*_____

    TODD GREENBERG

16   THOMAS WOODS

    SIDDHARTH VELAMOOR

17   Assistant United States Attorneys

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIP. MOT. TO RE-NOTE AND EXTEND BRIEFING
DEADLINES - 2
CR19-0010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970