Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-0010RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO RE-NOTE AND EXTEND BRIEFING DEADLINES FOR DEFENDANTS' PENDING MOTIONS** |

This matter has come before the Court on the parties' Stipulated Motion to Re-Note and Extend Briefing Deadlines for Defendants' Pending Motions. The Court, having considered the parties' stipulated motion, hereby GRANTS the Motion. The following pending motions are re-noted for August 30, 2019:

- Defendants' Motion to Exclude Irrelevant and Prejudicial Evidence at Trial [Docket 53];
- Defendants' Motion to Dismiss Count Ten for Failure to State an Offense and Lack of Specificity, or In The Alternative, for a Bill of Particulars [Docket 54];
- Defendants' Motion to Strike Surplusage [Docket 55]; and
- Defendants' Motion to Dismiss the Indictment for Selective Prosecution, or In The Alternative, for Discovery [Docket 57].

ORDER GRANTING STIP. MOT. TO RE-NOTE AND EXTEND BRIEFING
DEADLINES - 1
CR19-0010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The government's responses to the above-referenced Motions shall be filed on or before August 22, 2019, and the Defendants' reply briefs in support of those motions shall be filed on or before August 30, 2019.

DATED this 8th day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Todd Greenberg*
TODD GREENBERG
THOMAS WOODS
SIDDHARTH VELAMOOR
Assistant United States Attorneys

ORDER GRANTING STIP. MOT. TO RE-NOTE AND EXTEND BRIEFING DEADLINES - 2
CR19-0010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970