Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUAWEI DEVICE CO., LTD.,
HUAWEI DEVICE USA, INC.,

Defendants.

NO. CR19-010RSM

UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE IRRELEVANT AND PREJUDICIAL EVIDENCE AT TRIAL

The United States of America, by and through Tessa M. Gorman, First Assistant United States Attorney for the Western District of Washington (Acting Under Authority Conferred by 28 U.S.C. § 515), and Todd Greenberg, Thomas Woods, and Siddharth Velamoor, Assistant United States Attorneys for said District, hereby files this response to the Defendants' Motion to Exclude Irrelevant and Prejudicial Evidence at Trial (Dkt. 53).

The defendants move the Court *in limine* for a ruling excluding at trial evidence related to the allegations contained in paragraphs 38, 47, and 48 of the Indictment. These allegations concern a report issued by the United States House of Representatives Permanent Select Committee on Intelligence, finding, among other things, that Huawei engaged in a "pattern of disregard for the intellectual property rights of other entities and

RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AT TRIAL / *United States v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

companies in the United States"; lawsuits in which Huawei was sued for theft of intellectual property by Cisco and Motorola; and a Huawei bonus program designed to reward Huawei employees for stealing confidential information from competitors. Indictment ¶¶ 37, 47, 48. The defendants argue primarily that none of this evidence is admissible under Federal Rule of Evidence 404(b), and that it is not otherwise relevant to the charges and therefore is inadmissible under Rules 401, 402, and 403.

The defendants' Motion to Exclude is premature under the Case Scheduling Order entered by this Court on March 8, 2019, as stipulated to by the parties. Dkt. 39. That Order sets a deadline of November 4, 2019, by which time the government must provide notice of intent to admit evidence pursuant to Rule 404(b). Dkt. 39 at page 2, lines 4-5. In turn, the Order provides a date of December 2, 2019, for the filing of motions to exclude evidence under Rule 404(b) and "initial motions *in limine*." Dkt. 39 at page 2, lines 6-7.

Under the Court's Order, the government is not required to provide notice under Rule 404(b) for another ten weeks. There are good reasons that this date was set closer to the trial date. First, the government's investigation is ongoing, and as a result, additional information bearing upon the 404(b) notice may still yet be gathered. Second, the government is in the process of organizing its evidence for trial with a view towards identifying, in a comprehensive manner, the evidence it intends to offer under Rule 404(b), rather than engaging in the sort of piecemeal process that would result from litigating the defendants' motion at this time. Although the government looks forward to the opportunity to set forth the various reasons why evidence relating to the allegations in paragraphs 38, 47, and 48 should be admitted at trial, it is premature for it to do so now.

WHEREFORE, the government requests that the Court strike the Motion to Exclude without prejudice, and instruct the defendants to refile the motion subsequent to their receipt of the government's 404(b) notice. This procedure would not prejudice the



UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defendants in any way, and would be consistent with the Case Scheduling Order entered by the Court upon the stipulation of the parties.

DATED this 22nd day of August, 2019.

Respectfully submitted,

TESSA M. GORMAN
First Assistant United States Attorney
(Acting Under Authority Conferred by 28 U.S.C. § 515)

*s/ Todd Greenberg*
TODD GREENBERG
THOMAS WOODS
SIDDHARTH VELAMOOR
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AT TRIAL / *United States v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 3

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/Jenny Fingles*
JENNY FINGLES
Legal Assistant
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
E-mail: jenny.fingles@usdoj.gov

RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AT TRIAL / *United States v. Huawei Device Co., Ltd., et al.* (CR19-010RSM)  - 4

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUAWEI DEVICE CO., LTD.,
HUAWEI DEVICE USA, INC.,

Defendants.

NO. CR19-010RSM

**ORDER STRIKING WITHOUT PREJUDICE DEFENDANTS' MOTION TO EXCLUDE IRRELEVANT AND PREJUDICIAL EVIDENCE AT TRIAL**

The Court, having considered the parties' briefing and the relevant record on the Defendants' Motion to Exclude Irrelevant and Prejudicial Evidence at Trial (Dkt. 53), HEREBY strikes the motion without prejudice. The defendants may refile the motion at a time consistent with the Court's Case Scheduling Order (Dkt. 39), and subsequent to the government's provision of notice under Federal Rule of Evidence 404(b) under the terms of that Order.

DATED this ____ day of August, 2019.

______________________________
RICARDO S. MARTINEZ
Chief United States District Judge

ORDER STRIKING MOTION TO EXLUCDE EVIDENCE
*United States v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

TESSA M. GORMAN
First Assistant United States Attorney
(Acting Under Authority Conferred by 28 U.S.C. § 515)

*s/ Todd Greenberg*
TODD GREENBERG
THOMAS WOODS
SIDDHARTH VELAMOOR
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

ORDER STRIKING MOTION TO EXLUCDE EVIDENCE
*United States v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970