Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-0010RSM<br><br>GOVERNMENT'S MOTION TO SEAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT TEN<br><br>**NOTED:** August 30, 2019 |

The United States of America, by and through Tessa M. Gorman, First Assistant United States Attorney for the Western District of Washington (Acting Under Authority Conferred by 28 U.S.C. § 515), and Todd Greenberg, Thomas Woods, and Siddharth Velamoor, Assistant United States Attorneys for said District, hereby files this Motion to Seal its Opposition to Defendants' Motion to Dismiss Count Ten for Failure to State an Offense and Lack of Specificity (the "Response"). Portions of the Response, as well as the two exhibits attached to the Response, refer to material that is already under seal or is otherwise subject to the Protective Order in this case (Dkt. 48).

MOTION TO SEAL
*U.S. v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States will contemporaneously file an unsealed version of its Response with the sensitive material redacted.

DATED this 22nd day of August, 2019.

Respectfully submitted,

TESSA M. GORMAN
First Assistant United States Attorney
(Acting Under Authority Conferred by
28 U.S.C. § 515)

*/s/ Siddharth Velamoor*
TODD GREENBERG
THOMAS WOODS
SIDDHARTH VELAMOOR
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

MOTION TO SEAL
*U.S. v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Kylie Noble*
KYLIE NOBLE
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2520
Fax: (206) 553-4440
E-mail: kylie.noble@usdoj.gov

MOTION TO SEAL
*U.S. v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-0010RSM<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT TEN |

Having reviewed the United States' Motion to Seal, and due to the sensitive information contained in the United States' Opposition to Defendants' Motion to Dismiss Count Ten (the "Response"), the Court hereby ORDERS as follows:

//

//

[PROPOSED] ORDER TO SEAL
*U.S. v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Government's Response, as well as Exhibits A and B attached thereto, shall
2  be filed under seal, and shall remain sealed absent further order of the Court.
3
4
5  DATED this _____ day of August, 2019.
6
7
8
9
10  RICARDO S. MARTINEZ
    Chief United States District Judge
11
12  Presented by:
13  */s/ Siddharth Velamoor*
14  TODD GREENBERG
    THOMAS WOODS
15  SIDDHARTH VELAMOOR
16  Assistant United States Attorneys
    700 Stewart Street, Suite 5220
17  Seattle, WA 98101-1271
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO SEAL
*U.S. v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970