UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
|---|---|
| Plaintiff, | |
| v. | AMENDED CASE SCHEDULING ORDER |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | |
| Defendants. | |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Oral argument on pending motions (Dkts. 53, 54, 55, 57) | April 21, 2020 at 9:30AM |
| Deadline to file motions for depositions under Rule 15 | May 22, 2020 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | June 12, 2020 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | July 20, 2020 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | July 27, 2020 |
| Defendants' production of Rule 26.2 statements | August 10, 2020 |

| Government's filing of witness list and exhibit lists (case-in-chief) | August 21, 2020 |
|---|---|
| Defendants' filing of witness list and exhibit lists | September 4, 2020 |
| Deadline for completion of Rule 15 depositions (if any) | September 18, 2020 |
| Deadline to file remaining motions *in limine* | September 21, 2020 |
| Proposed jury instructions, voir dire, and verdict form | October 5, 2020 |
| Trial | October 19, 2020 |

IT IS SO ORDERED

DATED this 5th day of September, 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE