Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-010RSM<br><br>STIPULATED MOTION FOR<br>TRIAL CONTINUANCE<br><br>**NOTE ON MOTION CALENDAR:**<br>March 17, 2020 |

**I.      Introduction.**

IT IS HEREBY REQUESTED by and between the United States of America, by Assistant United States Attorneys Todd Greenberg, Thomas M. Woods, and Siddharth Velamoor, and the defendants, HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC., by and through their undersigned attorneys, that the trial date in the above-captioned matter be continued until October 18, 2021, and that the Court enter the proposed Second Amended Case Scheduling Order.

**II.     The Reasons Supporting the Requested Trial Continuance.**

The indictment in this matter was returned by the grand jury on January 16, 2019, and was unsealed by the Court on January 28, 2019. The Court presided over the arraignments of the defendants on February 28, 2019. At that time, at the request of the parties, the Court set a trial date of March 2, 2020, and on March 28, 2019, the Court

entered the Case Scheduling Order in this matter.  Subsequently, at the joint request of the parties, the Court reset the trial date to October 19, 2020, and entered an Amended Case Scheduling Order.  Since that time, the parties have been working diligently on this matter and have complied with the various deadlines in the Amended Case Scheduling Order.

Due to recent events, the parties are now requesting that the Court grant this joint request for another continuance of the trial date.  First, on February 13, 2020, the United States Attorney's Office for the Eastern District of New York returned a superseding indictment in the case of *United States of America v. Huawei Technologies Co., Ltd., et al.*, CR18-457.  That indictment contains new allegations brought against the same Huawei corporate defendants that are charged in the indictment filed in the Western District of Washington.  Moreover, some of these new allegations are directly related to the charges contained in the indictment filed in the Western District of Washington.  As a result, the defendants and their counsel require additional time to investigate the factual and legal issues presented by the recent return of the superseding indictment in the Eastern District of New York.

Second, as this Court has recognized in its General Order No. 01-20 (March 6, 2020), the outbreak of the Coronavirus Disease 2019 (COVID-19) has had a significant impact in the Western District of Washington and elsewhere throughout the United States and worldwide, in particular China.  This has had, and will continue to have, a substantial adverse effect on the ability of counsel to prepare for the trial and pretrial litigation in this case.  Most notably, the virus has made it increasingly difficult for defense counsel to communicate and coordinate with their clients, many of whom are located in various cities in China.  Additionally, the virus outbreak makes it impossible for the parties to schedule trial preservation depositions, pursuant to Federal Rule of Criminal Procedure 15, of numerous witnesses who are currently living in China.

The parties submit that, given the enormous volume of discovery materials and the complexity of the charges contained in the Indictment, as this Court has previously recognized, and due to the events discussed above, it would be unreasonable to expect adequate preparation for pre-trial proceedings and for the trial itself without a continuance of the trial and pre-trial motions dates. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

For all of the above reasons, in view of the complexity and nature of this prosecution, and the parties' need for additional time to complete pre-trial litigation, this Court may find, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendants in a more speedy trial, and thus that a continuance is appropriate for the reasons stated above.

The undersigned counsel have consulted with the defendant organizations regarding the necessity for a continuance of the trial date, and the defendants acknowledge and agree to the requested continuance for the above stated reasons.

//
//
//

### III. Conclusion.

WHEREFORE, for the reasons set forth herein, the parties to this motion request that the trial date in the above-captioned matter be continued until October 18, 2021, and that the Court enter the proposed Second Amended Case Scheduling Order.

DATED this 17th day of March, 2020.

Respectfully submitted,

TESSA M. GORMAN
First Assistant United States Attorney
(Acting Under Authority Conferred by
28 U.S.C. § 515)

*s/ Todd Greenberg*
TODD GREENBERG
THOMAS M. WOODS
SIDDHARTH VELAMOOR
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Facsimile: 206-553-4440
Phone: 206-553-7970
E-mail: Todd.Greenberg4@usdoj.gov

*s/ Robert Westinghouse* (per approval)
ROBERT WESTINGHOUSE
JAMES HIBEY
BRIAN M. HEBERLIG
Counsel for the Defendants

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

     s/ Courtney Goertzen
COURTNEY GOERTZEN
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0755
E-mail: Courtney.Goertzen@usdoj.gov

Stipulated Motion for Trial Continuance - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-010RSM<br><br>**ORDER CONTINUING TRIAL** |

The Court has considered the entirety of the record in this case, including the parties' Stipulated Motion for Trial Continuance.

THE COURT FINDS, for all of the reasons set forth by the parties, that the failure to grant a continuance would deny the parties reasonable time necessary to complete all pre-trial litigation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, considering the volume of discovery, the complexity of this case due to the nature of the prosecution and the charges contained in the Indictment, and the recent events that are cited to in the parties' motion, that it would be unreasonable to expect the parties to complete all pre-trial litigation without a continuance of the trial and pretrial motions dates.  *See id.* § 3161(h)(7)(B)(ii).

ORDER CONTINUING TRIAL/HUAWEI DEVICE CO., LTD. et al. - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B),
2 that the ends of justice served by continuing the trial in this case outweigh the interest of
3 the public and of the Defendants in a more speedy trial.
4     IT IS THEREFORE ORDERED that the trial in this case shall be continued until
5 October 18, 2021, and that the period of time from the date of this Order, up to and
6 including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

7
8     DATED this _____ day of March, 2020.
9
10
11                                 RICARDO S. MARTINEZ
12                                 Chief United States District Judge
13
14 Presented by:
15
16 *s/ Todd Greenberg*
TODD GREENBERG
17 THOMAS M. WOODS
SIDDHARTH VELAMOOR
18 Assistant United States Attorneys
19
20 *s/ Robert Westinghouse* (per approval)
21 ROBERT WESTINGHOUSE
JAMES HIBEY
22 BRIAN M. HEBERLIG
23 Counsel for the Defendants
24
25
26
27
28

ORDER CONTINUING TRIAL/HUAWEI DEVICE CO., LTD. et al. - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
|---|---|
| Plaintiff, | |
| v. | SECOND AMENDED CASE SCHEDULING ORDER |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | |
| Defendants. | |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Oral argument on pending motions (Dkts. 53, 54, 55, 57) | April 20, 2021 |
| Deadline to file motions for depositions under Rule 15 | May 21, 2021 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | June 11, 2021 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | July 19, 2021 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | July 26, 2021 |
| Defendants' production of Rule 26.2 statements | August 9, 2021 |

| Government's filing of witness list and exhibit lists (case-in-chief) | August 20, 2021 |
|---|---|
| Defendants' filing of witness list and exhibit lists | September 3, 2021 |
| Deadline for completion of Rule 15 depositions (if any) | September 17, 2021 |
| Deadline to file remaining motions *in limine* | September 20, 2021 |
| Proposed jury instructions, voir dire, and verdict form | October 4, 2021 |
| Trial | October 18, 2021 |

IT IS SO ORDERED.

DATED this _____ day of March, 2020.

_____
RICARDO S. MARTINEZ
Chief United States District Judge