UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
|---|---|
| Plaintiff, | |
| v. | SECOND AMENDED CASE SCHEDULING ORDER |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | |
| Defendants. | |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Oral argument on pending motions (Dkts. 53, 54, 55, 57) | April 20, 2021 |
| Deadline to file motions for depositions under Rule 15 | May 21, 2021 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | June 11, 2021 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | July 19, 2021 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | July 26, 2021 |
| Defendants' production of Rule 26.2 statements | August 9, 2021 |

| | |
|---|---|
| Government's filing of witness list and exhibit lists (case-in-chief) | August 20, 2021 |
| Defendants' filing of witness list and exhibit lists | September 3, 2021 |
| Deadline for completion of Rule 15 depositions (if any) | September 17, 2021 |
| Deadline to file remaining motions *in limine* | September 20, 2021 |
| Proposed jury instructions, voir dire, and verdict form | October 4, 2021 |
| Trial | October 18, 2021 |

IT IS SO ORDERED.

DATED this 19th day of March, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE