Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-0010RSM<br><br>ORDER GRANTING MOTION TO SEAL GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT TEN |

Having reviewed the United States' Motion to Seal, and due to the sensitive information contained in the United States' Opposition to Defendants' Motion to Dismiss Count Ten (the "Response"), the Court hereby ORDERS as follows:

//

//

ORDER TO SEAL
*U.S. v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Government's Response, as well as Exhibits A and B attached thereto, shall be filed under seal, and shall remain sealed absent further order of the Court.

DATED this 16th day of April, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Siddharth Velamoor*
TODD GREENBERG
THOMAS WOODS
SIDDHARTH VELAMOOR
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

ORDER TO SEAL
*U.S. v. Huawei Device Co., Ltd., et al.* (CR19-010RSM) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970