The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>                Defendants. | No. 2:19-cr-00010-RSM<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND/OR COUNSEL OF RECORD

      PLEASE BE ADVISED the address of Yarmuth LLP has changed. The new address is:

YARMUTH LLP<br>
501 East Pine Street, Suite 201<br>
Seattle, WA 98122<br>
Phone: 206.516.3800<br>
Fax: 206.516.3888

      Please update your records to reflect this change of address. All other contact information remains unchanged.

NOTICE OF CHANGE OF ADDRESS
No. 2:19-cr-00010-RSM – Page 1

Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888

Dated: January 21, 2021.   **YARMUTH LLP**

By: *s/ Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
501 East Pine Street, Suite 201
Seattle, WA 98122
Phone: 206.516.3800
Email:rwestinghouse@yarmuth.com

*Attorneys for Defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc.*

NOTICE OF CHANGE OF ADDRESS
No. 2:19-cr-00010-RSM – Page 2



501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888

1042.01 va212504 1/21/21