Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-010RSM<br><br>STIPULATED MOTION FOR<br>TRIAL CONTINUANCE<br><br>NOTE ON MOTION CALENDAR:<br>February 18, 2022 |

## I. Introduction.

IT IS HEREBY REQUESTED by and between the United States of America, by Assistant United States Attorneys Todd Greenberg and Thomas M. Woods, and the defendants, HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC., by and through their undersigned attorneys, that the trial date in the above-captioned matter be continued until October 16, 2023, and that the Court enter the proposed Fourth Amended Case Scheduling Order.

## II. The Reasons Supporting the Requested Trial Continuance.

In February 2021, at the request of the parties, the Court continued the trial in this matter, set a new trial date of October 17, 2022, and entered the Third Amended Case Scheduling Order. *See* Dkt. 82.

Stipulated Motion for Trial Continuance - 1
*USA v. Huawei Device Co., Ltd., et al.* / CR19-010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

For the reasons set forth below, the parties are now requesting that the Court grant this joint request for another one-year continuance of the trial date.  As this Court has recognized in its numerous General Orders, the outbreak of the Coronavirus Disease 2019 (COVID-19) has had a significant impact in the Western District of Washington and elsewhere throughout the United States and worldwide, including in China.  This has had, and will continue to have, a substantial adverse effect on the ability of counsel to prepare for the trial and pretrial litigation in this case.  The virus has made it difficult for defense counsel to communicate and coordinate with their clients, many of whom are located in various cities in China.  Additionally, the pandemic makes it impossible for the parties to schedule trial preservation depositions, pursuant to Federal Rule of Criminal Procedure 15, of the numerous witnesses who are currently living in China and elsewhere.  Due to travel restrictions instituted by the Government of China, among other things, it is not practical to schedule depositions in China and it is similarly impractical for witnesses to travel to a third country for depositions.  Similarly, it is not practical at this time for numerous witnesses to engage in international travel to the Western District of Washington for purposes of testifying at a trial and/or pretrial hearings.

Furthermore, as this Court has previously noted, this case involves a very large volume of discovery materials and the charges in the Indictment are complex.  The complexity of this matter was amplified in February 2020, upon the return of a superseding indictment in the case of *United States of America v. Huawei Technologies Co., Ltd., et al.*, CR18-457, in the Eastern District of New York.  That indictment contains allegations brought against the same Huawei corporate defendants that are charged in the indictment filed in the Western District of Washington.  Moreover, some of the allegations in the superseding indictment filed in the Eastern District of New York are directly related to the charges contained in the indictment filed in the Western District of Washington.  The discovery process is currently ongoing in the Eastern District of New York.

Stipulated Motion for Trial Continuance - 2
*USA v. Huawei Device Co., Ltd., et al.* / CR19-010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The parties submit that, given the complexity of the charges contained in the
2  Indictment, and due to the events discussed above, it would be unreasonable to expect
3  adequate preparation for pre-trial proceedings and for the trial itself without a
4  continuance of the trial and pre-trial motions dates.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

5  For all of the above reasons, in view of the complexity and nature of this
6  prosecution, and the parties' need for additional time to complete pre-trial litigation, this
7  Court may find, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B),
8  that the ends of justice served by continuing the trial in this case outweigh the interest of
9  the public and of the defendants in a more speedy trial, and thus that a continuance is
10 appropriate for the reasons stated above.

11 The undersigned counsel have consulted with the defendant organizations
12 regarding the necessity for a continuance of the trial date, and the defendants
13 acknowledge and agree to the requested continuance for the above stated reasons.
14 //
15 //
16 //

Stipulated Motion for Trial Continuance - 3
*USA v. Huawei Device Co., Ltd., et al.* / CR19-010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## III. Conclusion.

WHEREFORE, for the reasons set forth herein, the parties to this motion request that the trial date in the above-captioned matter be continued until October 16, 2023, and that the Court enter the proposed Fourth Amended Case Scheduling Order.

DATED this 18th day of February, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
THOMAS M. WOODS
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Facsimile: 206-553-4440
Phone: 206-553-7970
E-mail: Todd.Greenberg4@usdoj.gov

*s/ Robert Westinghouse (per approval)*
ROBERT WESTINGHOUSE
JAMES HIBEY
BRIAN M. HEBERLIG
Counsel for the Defendants

Stipulated Motion for Trial Continuance - 4
*USA v. Huawei Device Co., Ltd., et al.* / CR19-010RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970