**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>    Defendants. | CASE NO. 2:19-cr-00010-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR TRIAL CONTINUANCE** |

The Court has considered the entirety of the record in this case, including the parties' Stipulated Motion for Trial Continuance.

**THE COURT FINDS**, for all the reasons set forth by the parties, that the failure to grant a continuance would deny the parties reasonable time necessary to complete all pre-trial litigation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**THE COURT FURTHER FINDS**, considering the volume of discovery, the complexity of this case due to the nature of the prosecution and the charges contained in the Indictment, and the recent events that are cited in the parties' motion, that it would be unreasonable to expect the parties to complete all pre-trial litigation without a continuance of the trial and pretrial motions dates. *See id.* § 3161(h)(7)(B)(ii).

ORDER GRANTING
STIPULATED MOTION FOR TRIAL CONTINUANCE - 1
CASE NO. 2:19-cr-00010-RSM

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**THE COURT FURTHER FINDS**, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the Defendants in a more speedy trial.

**IT IS THEREFORE ORDERED** that the trial in this case shall be continued until October 28, 2024, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 20th day of January, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
(westinghouse@goldfarb-huck.com)

**STEPTOE & JOHNSON**

*/s/ James Hibey*
James Hibey, *admitted Pro Hac Vice*
(jhibey@steptoe.com)
*/s/ Brian Heberlig*
Brian Heberlig, *admitted Pro Hac Vice*
(bheberlig@steptoe.com)

**Attorneys for Defendants**

**UNITED STATES ATTORNEY'S OFFICE**

*/s/ Todd Greenberg*
Todd Greenberg
(todd.greenberg4@usdj.gov)
Thomas M. Woods
(thomas.woods2@usdogj.gov)

**Attorneys for Plaintiff**

ORDER GRANTING
STIPULATED MOTION FOR TRIAL CONTINUANCE - 2
CASE NO. 2:19-cr-00010-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1 **CERTIFICATE OF SERVICE**

2       The undersigned certifies that the foregoing document was filed electronically with the

3 Clerk of the Court using the CM/ECF system on January 18, 2023 and was served via the Court's

4 CM/ECF system on all counsel of record.

5       DATED this January 18, 2023.

6

7                             */s/ Robert Westinghouse*
                            Robert Westinghouse, WSBA No. 6484

ORDER GRANTING
STIPULATED MOTION FOR TRIAL CONTINUANCE - 3
CASE NO. 2:19-cr-00010-RSM

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260