THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI DEVICE CO., LTD., and<br>HUAWEI DEVICE USA, INC.,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cr-00010-RSM<br><br>**FIFTH AMENDED CASE SCHEDULING ORDER** |

**THE COURT HEREBY ORDERS** the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Oral argument on pending motions (Dkts. 53, 54, 55, 57) | April 16, 2024 |
| Deadline to file motions for depositions under Rule 15 | May 17, 2024 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | June 7, 2024 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | July 19, 2024 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | July 26, 2024 |
| Defendants' production of Rule 26.2 statements | August 9, 2024 |

FIFTH AMENDED CASE SCHEDULE - 1
CASE NO. 2:19-cr-00010-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

| | |
|---|---|
| Government's filing of witness list and exhibit lists (case-in-chief) | August 16, 2024 |
| Defendants' filing of witness list and exhibit lists | August 29, 2024 |
| Deadline for completion of Rule 15 depositions (if any) | September 13, 2024 |
| Deadline to file remaining motions *in limine* | September 20, 2024 |
| Proposed jury instructions, voir dire, and verdict form | October 11, 2024 |
| Trial | October 28, 2024 |

**IT IS SO ORDERED.**

DATED this 20th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDG

Presented by:

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
(westinghouse@goldfarb-huck.com)

**STEPTOE & JOHNSON**

*/s/ James Hibey*
James Hibey, *admitted Pro Hac Vice*
(jhibey@steptoe.com)
*/s/ Brian Heberlig*
Brian Heberlig, *admitted Pro Hac Vice*
(bheberlig@steptoe.com)

**Attorneys for Defendants**

**UNITED STATES ATTORNEY'S OFFICE**

*/s/ Todd Greenberg*
Todd Greenberg
(todd.greenberg4@usdj.gov)
Thomas M. Woods
(thomas.woods2@usdogj.gov)

**Attorneys for Plaintiff**

FIFTH AMENDED CASE SCHEDULE - 2
CASE NO. 2:19-cr-00010-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on January 18, 2023 and was served via the Court's CM/ECF system on all counsel of record.

DATED this January 18, 2023.

*/s/ Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484

FIFTH AMENDED CASE SCHEDULE - 3
CASE NO. 2:19-cr-00010-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260