Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUAWEI DEVICE CO., LTD., and
HUAWEI DEVICE USA, INC.,

Defendants.

NO. CR19-010RSM

**ORDER CONTINUING TRIAL**

17    The Court has considered the entirety of the record in this case, including the
18  parties' Stipulated Motion for Trial Continuance.
19    THE COURT FINDS, for all of the reasons set forth by the parties, that the failure
20  to grant a continuance would deny the parties reasonable time necessary to complete all
21  pre-trial litigation, taking into account the exercise of due diligence.  *See* 18 U.S.C.
22  § 3161(h)(7)(B)(iv).
23    THE COURT FURTHER FINDS, considering the volume of discovery, the
24  complexity of this case due to the nature of the prosecution and the charges contained in
25  the Indictment, and the events and issues that are cited to in the parties' motion, that it
26  would be unreasonable to expect the parties to complete all pre-trial litigation without a
27  continuance of the trial and pretrial motions dates.  *See id.* § 3161(h)(7)(B)(ii).
28

ORDER CONTINUING TRIAL/HUAWEI DEVICE CO. et al. - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the Defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until October 27, 2025, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 10th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Todd Greenberg*
TODD GREENBERG
THOMAS M. WOODS
Assisted United States Attorneys

*/s/ Robert Westinghouse*
ROBERT WESTINGHOUSE
JAMES HIBEY
BRIAN M. HEBERLIG
Counsel for the Defendants

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970