UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br><br>Defendants. | NO. CR19-010RSM<br><br>SIXTH AMENDED<br>CASE SCHEDULING ORDER |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Oral argument on pending motions (Dkts. 53, 54, 55, 57) | April 18, 2025 |
| Deadline to file motions for depositions under Rule 15 | May 16, 2025 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | June 6, 2025 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | July 18, 2025 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | July 25, 2025 |
| Defendants' production of Rule 26.2 statements | August 8, 2025 |

SIXTH AMENDED CASE SCHEDULING ORDER – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| Government's filing of witness list and exhibit lists (case-in-chief) | August 15, 2025 |
| Defendants' filing of witness list and exhibit lists | August 28, 2025 |
| Deadline for completion of Rule 15 depositions (if any) | September 12, 2025 |
| Deadline to file remaining motions *in limine* | September 19, 2025 |
| Proposed jury instructions, voir dire, and verdict form | October 10, 2025 |
| Trial | October 27, 2025 |

IT IS SO ORDERED

DATED this 10th day of January, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s Todd Greenberg*
Todd Greenberg
Thomas M. Woods
Assistant United States Attorneys


*/s Robert Westinghouse*
Robert Westinghouse
James Hibey
Brian Heberlig
Counsel for Defendants