1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br><br>                    Defendants. | NO. CR19-010 RSM<br><br>SEVENTH AMENDED<br>CASE SCHEDULING ORDER |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Oral argument on pending motions (Dkts. 53, 54, 55, 57) | April 17, 2026 |
| Deadline to file motions for depositions under Rule 15 | May 15, 2026 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | June 5, 2026 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | July 17, 2026 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | July 24, 2026 |
| Defendants' production of Rule 26.2 statements | August 7, 2026 |

SEVENTH AMENDED CASE SCHEDULING ORDER – 1

| Government's filing of witness list and exhibit lists (case-in-chief) | August 14, 2026 |
| --- | --- |
| Defendants' filing of witness list and exhibit lists | August 27, 2026 |
| Deadline for completion of Rule 15 depositions (if any) | September 11, 2026 |
| Deadline to file remaining motions *in limine* | September 18, 2026 |
| Proposed jury instructions, voir dire, and verdict form | October 9, 2026 |
| Trial | October 26, 2026 |

IT IS SO ORDERED

DATED this 24th day of October, 2024.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

*/s Todd Greenberg*
Todd Greenberg
Thomas M. Woods
Assistant United States Attorneys


*/s Robert Westinghouse*
Robert Westinghouse
James Hibey
Brian Heberlig
Counsel for Defendants

SEVENTH AMENDED CASE SCHEDULING ORDER – 2