UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
| Plaintiff, | |
| v. | EIGHTH AMENDED CASE SCHEDULING ORDER |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | |
| Defendants. | |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Oral argument on pending motions (Dkts. 53, 54, 55, 57) | April 16, 2027 |
| Deadline to file motions for depositions under Rule 15 | May 14, 2027 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | June 4, 2027 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | July 16, 2027 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | July 23, 2027 |
| Defendants' production of Rule 26.2 statements | August 6, 2027 |

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| Government's filing of witness list and exhibit lists (case-in-chief) | August 13, 2027 |
| Defendants' filing of witness list and exhibit lists | August 26, 2027 |
| Deadline for completion of Rule 15 depositions (if any) | September 10, 2027 |
| Deadline to file remaining motions *in limine* | September 17, 2027 |
| Proposed jury instructions, voir dire, and verdict form | October 8, 2027 |
| Trial | October 25, 2027 |

IT IS SO ORDERED

DATED this 18th day of July, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s Todd Greenberg*
Todd Greenberg
Thomas M. Woods
Assistant United States Attorneys

*/s Robert Westinghouse*
Robert Westinghouse
Brian M. Heberlig
Counsel for Defendants

EIGHTH AMENDED CASE SCHEDULING ORDER – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970