**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA., INC.,<br><br>Defendants. | CASE NO. 2:19-cr-00010-RSM<br><br>**ORDER GRANTING DEFENDANTS' STIPULATED  MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL** |

**THIS MATTER** came before the Court on Defendants Huawei Device Co., Ltd., and Huawei Device USA., Inc.'s Stipulated Motion to Withdraw and For Substitution of Counsel. The Court, having considered the reasons for the motion, the non-opposition of the United States, and the file herein and all other matters properly before this Court,

**IT IS HEREBY ORDERED** that Defendants' Stipulated Motion is **GRANTED**.

DATED this   January 27, 2026

_____
**THE HONORABLE RICARDO S. MARTINEZ**

Presented by:

**GOLDFARB & HUCK RIOJAS, PLLC**

_/s/ Robert Westinghouse_____
Robert Westinghouse, WSBA No. 6484
(westinghouse@goldfarb-huck.com)

ORDER GRANTING DEFENDANTS'
STIPULATED MOTION TO WITHDRAW AND FOR
SUBSTITUTION OF COUNSEL - 1
CASE NO. 2:19-CR-00010-RSM

**GOLDFARB & HUCK
RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone: (206) 452-0260

*Withdrawing Attorney for Defendants*

**MARTINEZ & FARMER LLP**

*/s/ Tyler L. Farmer*
Tyler L. Farmer, WSBA No. 39912
(tyler@mfseattle.com)

*/s/ Ariel A. Martinez*
Ariel A. Martinez, WSBA No. 54869
(ariel@mfseattle.com)

4020 E. Madison St. Suite 300
Seattle, WA 98112
Telephone: (206) 208-2270

*Substituting Attorneys for Defendants*

ORDER GRANTING DEFENDANTS'
STIPULATED MOTION TO WITHDRAW AND FOR
SUBSTITUTION OF COUNSEL - 2
CASE NO. 2:19-CR-00010-RSM

**GOLDFARB & HUCK
RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on January 27, 2026 and was served via the Court's CM/ECF system on all counsel of record.

DATED this January 27, 2026.

/s/ Robert Westinghouse
Robert Westinghouse, WSBA No. 6484

ORDERGRANTING DEFENDANTS'
STIPULATED MOTION TO WITHDRAW AND FOR
SUBSTITUTION OF COUNSEL - 3
CASE NO. 2:19-CR-00010-RSM

**GOLDFARB & HUCK
RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260